```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8101 (DLC)
ZURU (SINGAPORE) PTE., LTD.,             :
                                         :        ORDER
                             Plaintiffs, :
             -v-                         :
THE INDIVIDUALS, CORPORATIONS, LIMITED   :
LIABILTY COMPANIES, PARTERNSHIPS, AND    :
UNINCORPORATED ASSOCIATIONS IDENTIFIED   :
ON SCHEDULE A TO THE COMPLAINT,          :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This Court previously advised the parties that Chambers would provide dial-in instructions for the hearing scheduled for **October 22, 2021** at **11:00 am**. To facilitate public access to all proceedings before this Court, the dial-in instructions will be filed on the public docket. Accordingly, it is hereby

ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          October 19, 2021

                                            _____
                                              DENISE COTE
                                  United States District Judge