```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
ZURU (SINGAPORE) PTE., LTD.,         :
                                     :
                    Plaintiffs,      :    21cv8101 (DLC)
          -v-                        :
                                     :
THE INDIVIDUALS, CORPORATIONS, LIMITED :   ORDER
LIABILTY COMPANIES, PARTERNSHIPS, AND :
UNINCORPORATED ASSOCIATIONS IDENTIFIED :
ON SCHEDULE A TO THE COMPLAINT,      :
                    Defendants.      :
                                     :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the telephonic hearing held on October 22, 2021, it is hereby

ORDERED that any request for entry of a default judgment is due **December 2, 2021.**

Dated:    New York, New York
          October 22, 2021

                                          _____
                                          DENISE COTE
                                          United States District Judge