```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ZURU (SINGAPORE) PTE., LTD.,             :
                                         :
                         Plaintiffs,     :    21cv8101 (DLC)
            -v-                          :
                                         :         ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED   :
LIABILTY COMPANIES, PARTERNSHIPS, AND    :
UNINCORPORATED ASSOCIATIONS IDENTIFIED   :
ON SCHEDULE A TO THE COMPLAINT,          :
Defendants.                              :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on November 23, 2021, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendants on or before **December 1, 2021.**

IT IS FURTHER ORDERED that a default judgment hearing will be held telephonically on **December 15, 2021** at **1:00 pm.** Failure of the defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the parties shall use the following dial-in credentials for the conference.

```
          Dial-in:       888-363-4749
          Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         November 29, 2021

                                        _____
                                               DENISE COTE
                                        United States District Judge