```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
ZURU (SINGAPORE) PTE., LTD.,            :   21cv8101 (DLC)
                                        :
                    Plaintiffs,         :   ORDER
          -v-                           :
                                        :
THE INDIVIDUALS, CORPORATIONS, LIMITED  :
LIABILTY COMPANIES, PARTERNSHIPS, AND   :
UNINCORPORATED ASSOCIATIONS IDENTIFIED  :
ON SCHEDULE A TO THE COMPLAINT,         :
                    Defendants.         :
                                        :
----------------------------------------  X
```

DENISE COTE, District Judge:

As stated on the record during the December 15, 2021 default judgment hearing, it is hereby

ORDERED that the deadline to answer or move for defendants alisazoe (8), zhouzimo (51), HuaiYan Trading (86), and Xinwangjie digital (145) is extended to December 22, 2021.

Dated:    New York, New York
          December 16, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge